IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDY DEAN SMITH,

    Plaintiff,

v.                      CASE NO. 4:10-cv-00061-MP-WCS

KENNETH HOSFORD, EILEEN A HUMPHREY, PETE J, G PEZESHKIAN, KOA SHUN WU, CUONG Q VU,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Report and Recommendation by the Magistrate Judge, Doc. 7. In an order filed April 26, 2010, Plaintiff was directed to file an amended complaint by May 24, 2010. Though Plaintiff was specifically warned that failure to comply could lead to the dismissal of his case, he did not file the amended complaint. Then, in a June 9, 2010 order, the Magistrate Judge recommended the case be dismissed, affording Plaintiff another fourteen (14) days to correct his deficiencies. Plaintiff has not responded, and the time for doing so has now passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 7, is ADOPTED and incorporated herein.

    2.    This case is DISMISSED WITHOUT PREJUDICE.

**DONE AND ORDERED** this <u>*13th*</u> day of July, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge